

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00397-CV

**IN THE INTEREST OF I.J.M.**, L.M.M., A.F.M., and E.M.M., Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-PA-00332
Honorable Kimberly Burley, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we AFFIRM the trial court's order terminating the parental rights of appellant, X.M. Because appellant is indigent, no costs of this appeal are assessed against her.

SIGNED December 11, 2024.

Luz Elena D. Chapa, Justice